**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

FILED

MAR - 7 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    CRIMINAL ACTION NO. 2:12-cr-00025

JERRY BOWMAN,

Defendant.

**WRITTEN PLEA OF GUILTY**

In the presence of Rodney Smith, my counsel, who has fully explained the charge contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the Information.

DATE: _3 / 7 /12_                    _____
                                     DEFENDANT

                                     WITNESS:

                                     _____
                                     COUNSEL FOR DEFENDANT