IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                        CRIMINAL ACTION NO. 2:12-cr-00025

JERRY BOWMAN,

        Defendant.

## ORDER

Pending before the Court is the unopposed motion of the United States to continue the sentencing currently scheduled in this matter for June 13, 2012. For good cause shown, the Court **GRANTS** the motion [Docket 15] and **CONTINUES** the sentencing for **August 29, 2012, at 2:30 p.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:      June 5, 2012

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE